# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

Ade Salim Lilly

**DEFENDANT'S EXHIBIT LIST**

Case Number: 23-mj-1238 (GLS)

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Hon. Giselle Lopez-Soler | AUSA Marie C. Amy | AFPD Yasmin Irizarry |

| Detention Hearing Date(s) | Court Reporter | Court Room Deputy |
|---|---|---|
| November 17, 2023 | DCR Courtroom 5 | Cristina Dones-Taylor |

| Deft. ID | DESCRIPTION | MARKED AS EXH NO. | DATE ADMITTED | WITNESS |
|---|---|---|---|---|
| A | You Tube video (https://youtu.be/qnvhB9GVQkg?si=31ptZfacurRxiOUh) | A | 11/17/2023 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1